IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| MICHAEL L. CAREY, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION** |
| v. | ) | **FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | Case No. 3:17-cv-00256-SLG |
| | ) | |

HAVING reviewed the parties' Stipulation for Dismissal with Prejudice;

IT IS HEREBY **GRANTED**. All claims brought or that could have been brought in this case, are now dismissed with prejudice, with each party to bear their own costs & fees.

Dated: February 15, 2019        /s/ Sharon L. Gleason
                                Sharon L. Gleason
                                United States District Judge